# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEDRON L. JOHNSON                                                                                  PETITIONER

v.                                              NO. 5:13CV00077 SWW

RAY HOBBS, Director of the                                                                    RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted. See Document 12. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Kedron L. Johnson is denied, and this proceeding is dismissed. Judgment will be entered for Hobbs. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is also denied.

IT IS SO ORDERED this 6th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE